FILED
CLERK, U.S. DISTRICT COURT
1/18/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW ZEPEDA HANSACK,<br><br>　　　　Defendant. | CR No. 2:23-cr-00021-SVW<br><br>I N F O R M A T I O N<br><br>[26 U.S.C. § 7206(2): Aiding and Assisting in the Preparation of a False Tax Return] |

The United States Attorney charges:

### COUNT ONE

[26 U.S.C. § 7206(2)]

On or about February 24, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant ANDREW ZEPEDA HANSACK willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return Form 1040, Schedule A, in the name of taxpayer R.V. for calendar year 2019, which was false and fraudulent as to a material matter, in that line 17 of Schedule A of such Form 1040 reported $30,488 in total itemized deductions, including deductions for mortgage interest not

reported on IRS Form 1098, for calendar year 2019, when, in fact, as defendant HANSACK then knew and believed, the allowable deductions for taxpayer R.V. for calendar year 2019 were substantially less than the reported amount.

COUNT TWO

[26 U.S.C. § 7206(2)]

On or about March 16, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant ANDREW ZEPEDA HANSACK willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return Form 1040, Schedule A, in the name of taxpayer D.B. for calendar year 2019, which was false and fraudulent as to a material matter, in that line 17 of Schedule A of such Form 1040 reported $30,388 in total itemized deductions, including deductions for mortgage interest not reported on IRS Form 1098, for calendar year 2019, when, in fact, as defendant HANSACK then knew and believed, the allowable deductions for taxpayer D.B. for calendar year 2019 were substantially less than the reported amount.

E. MARTIN ESTRADA
United States Attorney

*/s/ Mack E. Jenkins*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

ALEXANDER B. SCHWAB
Assistant United States Attorney
Deputy Chief, Major Frauds Section

JEFF MITCHELL
Assistant United States Attorney
Major Frauds Section