# EXHIBIT A



**DEPARTMENT OF THE TREASURY**
Internal Revenue Service
Criminal Investigation

## Memorandum of Activity

| | | | |
|---|---|---|---|
| **Investigation #:** | ▓▓▓ | **Location:** | Emails From |
| **Investigation Name:** | HANSACK, Andrew | | C▓▓ A▓▓ |
| **Date:** | May 11, 2023 | | ▓▓▓@gmail.com |
| **Time:** | Times listed below | | |
| **Participants:** | C▓▓ A▓▓ on behalf of her father, D▓▓ A▓▓ Witness | | |
| | Chris Seymour, Special Agent, IRS-Criminal Investigation | | |

On the above date at the above time, Special Agent (SA) Chris Seymour (Seymour) of the Internal Revenue Service, Criminal Investigation (IRS-CI) received an email message on behalf of D▓▓ A▓▓. A letter had previously been sent to D▓▓ A▓▓ and the email was in response to the letter.

1. The first email dated Thursday, May 11, 2023 sent at 7:37 PM sent "On behalf of D▓▓ A▓▓" and contained the following statement:

   > Good evening, I am D▓▓ A▓▓'s daughter, I am reaching out on his behalf in regard to a letter he received in the mail. He does not the 2022 tax preparer. He knows that his name is Andrew. He does not have any texts messages or emails with him. His full name on the tax documents he was given. He went in as a walk-in client, no booked appointment. The address is 9590 Magnolia Ave. Ste. for the tax year of 2021, he went somewhere different named ▓▓▓▓▓▓. If you need further information or clarification email.
   > Best Regards,
   > C▓▓ A▓▓

2. In response to an email asking about payment and whether he had a receipt, C▓▓ A▓▓ replied on Thursday, May 11, 2023 at 9:29 PM with the following:

   > He says he charged him $200 and he paid cash. He didn't make him a receipt.

3. And finally, after asking about whether the return was prepared in a furniture store, A▓▓ responded on Thursday, May 11, 2023 at 10:35 PM with the following:

   > The tax preparer is the owner of the furniture store as well.

**Independent Tax Return Review**

Upon reviewing DLN ▓▓▓▓▓▓ – 2022 US Individual Income Tax Return of D▓▓ and M▓▓▓ I saw a Schedule C – Profit or Loss From Business listing an

Auto Detailing business claiming $12,500 in income and expenses of $12,179.00. As part of the expenses, the return claimed 15,162 miles listed for an alleged auto detailer that does not make sense for an auto detailer run out of a residence. As a result of the claimed mileage, there was a claimed expense of $9,166 in "Car and truck expenses" as well as the following expenses:

| | |
|---|---|
| Insurance | $   212 |
| Supplies | $ 1,500 |
| Taxes & Licenses | $   221 |
| Office Expense | $     55 |
| Work Clothes | $   363 |
| Work Shoes | $   166 |
| Cellphone | $   446 |

The above expenses and alleged auto detailing income yielded a small refund for D____ A____ and his wife which they would not have otherwise received.

Review of the return information shows that the Transmitter of the tax return was Universal Tax Systems, Inc through an Alexandra Sanchez. The tax return itself fails to list a return preparer and fails to list the phone number, firm address and EIN.

I prepared this memorandum June 28, 2023, after reviewing the tax return and emails of D____ A____'s daughter.

Chris Seymour
Special Agent

Attachments:  1. 2022 Federal Income Tax Return DLN _____
              2. Emails from C____ A____ – May 11, 2023