# EXHIBIT A

Andrew Hansack

10038 Campbell Ave

Riverside, CA 92503

05/01/2023

Dear Honorable Court,

     My name is Andrew Zepeda Hansack. I was born in South Gate, California. I grew up with my two brothers and my mom. Growing up I was a alter boy at St Margaret Episcopal Church in South Gate from the age of 7 to 10 years old. My dad left me, my mom and my two brothers out in the cold. One day, I was coming home from school and the marshals were there to throw us out because my dad sold the apartment property without my mom knowing anything. She did not know much about anything because she was from Mexico and my dad took care of everything else. They gave my mom 24 hours to get everything out because they were going to lock up the property. My mom did the best to gather as much as she could, and we moved into a garage for the meanwhile until she was able to get use a place to live.

     My mom did do her best to raise us right and give us our basic needs. I went to South Gate High School where I graduated in class of 2001. After high school I went out looking for a job to help my mom pay rent and bills and help raise my younger brother to make ends meet. I got my first job at Asbury Environmental Group where I worked there for 3 years helping to clean up the environment and disposal of hazardous materials. I met my wife Cindy Gonzales in March of 2003. She was having issues with her mom and asked if she could move in with me with her two kids. I helped her raise her kids at 20 years old and I did my best to provide for her

and her kids and raise them as my own. Around April of 2004, I lost my job which caused me to be homeless and live in a car. I found out Cindy was pregnant.

I moved out to San Bernardino with my oldest brother to went to work with him and found housing for my family and soon to be born son. On May 13, 2005, I had my first son which I have lived with and raised since day one. A year later on November 17, 2006, I had my second son. I worked for Americold logistic which ran the warehouse for Farmer John in Vernon CA. I worked 6 days a week with a 12 hours shift just to make ends meet since I was the only person working and no other income was coming in. Inn 2012 my company transfered me to a warehouse in Ontario, CA and I moved to Norco, CA. On August 31, 2013 I got married to my kids' mother Cindy Gonzales. Shortly after in October 2013 I got laid off due to work slowing down. I found work as a leadman in a packing department at International EZ UP. In mid-2014 I was struggling to provide for my family due to loss of work.

I looked into classes to do income tax preparation to make a second source of income so I went to school to learn at Jackson Hewitt in Riverside, CA. I was shown everything by them on preparing taxes. So, I kept working and started to do taxes. On January 21, 2015, my wife had surgery for her weight since she was getting big and got heath issues due to her weight. After her surgery she had complications and was in and out of the hospital. One minute they told us that she had gallstones and after removal should okay but she was still not able to eat right and hold food down so we went back. Next they told us that her intestine was infected and needed surgery and that was the issue and will make her fine again. She was back in the hospital with the same issues to the point that she was losing weight fast due to not getting the right nutrients. In mid-June she was just getting worst at the point she got too weak that she became

bed bound and the hospital told me that they could not do any more and I had to take her home because insurance will not cover any more. I had to clean her and bath her and feed her and still maintain the house with the kids and work.  I got no support or help from anyone beside my wife's aunt Terri and I did my best to keep a roof over my family. I was working full time and taking care of my wife.

On November 28, 2016, my wife looked yellowish so I called an ambulance. She was rushed to the hospital and was told that her liver has given out and she need a new one but that most likely she won't make because of the wait list. She was transfered to San Diego hospital. I let go of my own health. I got cataracts due to my diabetes that I was diagnosed with in 2002 and it made it hard for me to drive all the way out there. On February 14, 2017, my wife passes away due to liver failure. The hardest thing I have had to do was to sit down with my kids and explain that their mom was not coming home. After all this I did my best to raise my kids and provide for them and help cope with everything going on. I kept working and did taxes throughout the way to make ends meet.

I got to help my stepson graduate from Norco High School on June 01, 2017, despite his mom passing and letting him know that his mom will be so proud of him. My second son is due to graduate and I may not get to see it since he will graduate in June 2023. I will now run a furniture store and help my community by providing services to people that need help or can't afford new furniture at affordable prices for their family and kids. I would like to say I am sorry for my actions and take full responsibility for them and I teach my kids to not follow my foot steps and not make the same mistake as I did throughout my life. I teach them hard work is the

best route in life and they should be grateful for what we have in life. Once again I am sorry for burden I brought to the government and my kids and family by my irresponsible actions.

Sincerely,

Andrew Zepeda Hansack