EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
16000 Ventura Blvd., Suite 1000
Encino, CA 91436
Phone/ Fax: (818) 781-1570/5033
Email: alan@egattorneys.com

Attorney for Defendant,
ANDREW ZEPEDA HANSACK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00021-SVW |
| Plaintiff, | |
| vs. | **LETTER IN SUPPORT OF DEFENDANT'S SENTENCING POSITION** |
| ANDREW ZEPEDA HANSACK, | |
| Defendant. | |

TO THE HONORABLE STEPHEN V. WILSON, UNITED STATES DISTRICT JUDGE, AND TO ASSISTANT UNITED STATES ATTORNEY JEFF P. MITCHELL:

Defendant Andrew Zepeda Hansack, by and through his counsel of record Alan Eisner, hereby files a letter from Andrew Zepeda Hansack in support of his sentencing position.

Respectfully submitted,

EISNER GORIN LLP

Dated: June 23, 2023          /S/ ALAN EISNER

ALAN EISNER
Attorney for Defendant
ANDREW ZEPEDA HANSACK

1

June 23, 2023

Honorable Stephen V. Wilson:
United States District Court Judge

Re: United States v. Andrew Hansack, CR23-00021-SVW

Dear Judge Wilson:

This letter will respectfully attempt to address my criminal conduct after my first appearance in court on this case. I first want to acknowledge and accept responsibility for the conduct --- that I continued to prepare tax returns while on pre-trial release, and that I did use the filing ID number of my girlfriend, and that I claimed deductions on most of these return that I no basis for, specifically IRA deductions, childcare expenses, and business expenses.

There is no justification or excuse for this. I can offer only that I continue to have financial struggle to make ends meet and to support my two sons, mother, and family. My 76-year-old mother had a stroke last year; she has high blood pressure, and her mobility is not good. She lives on social security. I take her to her doctor's appointment and to the market regularly. I was trying to gather funds for my family knowing that I would be going into custody in this case. I do not want my kids to become homeless, as we have in the past, and wanted to leave something behind for the person that is going to watch my kids in my absence.

I know this doesn't justify what I have done. I am sorry for these actions and will not commit these mistakes again.  I know I have caused much hurt and damage to my kids and the government over my irresponsible actions. I can promise my family and your Honor you will never again see me in this court room because I will not bring any more burden to the government or my family. Since I know my kids need me and I will lose time away from their life. This case has

_[signature]_

Andrew Hansack